**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 10-22193-CIV-GRAHAM/WHITE

EARNEST LEE COLEMAN,

    Petitioner,

vs.

STATE OF FLORIDA,

    Respondent.
_____/

### ORDER

**THIS CAUSE** came before the Court upon Petitioner Earnest Lee Coleman's Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 [D.E. 1].

**THIS MATTER** was initiated when pro se Plaintiff Earnest Lee Coleman filed a petition for writ of habeas corpus attacking his convictions entered in Case No. 96-24845 . The matter was assigned to the Honorable United States Magistrate Judge Patrick A. White pursuant to the Clerk's Order [D.E. 3].

The Magistrate Judge issued a Report recommending that the petition for writ of habeas corpus be dismissed as it is barred by the one year statute of limitations provided by 28 U.S.C. §2244 [D.E. 7]. The Petitioner filed no objections to the Magistrate Judge's Report.

**THE COURT** has conducted a de novo review of the file and is otherwise fully advised in the premises.

Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety [D.E. 7]. In addition, it is

**ORDERED AND ADJUDGED** that Petitioner Earnest Lee Coleman's Petition for Writ of Habeas Corpus Pursuant to Title 28 U.S.C. § 2254 is **DENIED** and this case **DISMISSED**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and all pending Motions are **DENIED** as Moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of July, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Patrick A. White
    Earnest Lee Coleman, pro se
    Counsel of Record